# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Marjorie Isabella-Paule Florendo,

Defendant.

No. CR-26-02627-001-TUC-JGZ (MAA)

**ORDER**

Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Michael A. Ambri. (Doc. 34.) Magistrate Judge Ambri recommends denying Defendant's Motion to Suppress Evidence. (Doc. 22.)

When reviewing a magistrate judge's R&R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

A review of the record reflects that the parties have not filed any objections to the R&R and the time to file objections has expired.

Accordingly,

IT IS ORDERED Magistrate Judge Ambri's Report and Recommendation (Doc. 34) is accepted and adopted.

IT IS FURTHER ORDERED Defendant's Motion to Suppress Evidence (Doc. 22) is denied.

Dated this 17th day of September, 2026.

Jennifer G. Zipps
Chief United States District Judge